ACCEPTED
04-014-00494-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/26/2015 1:47:59 PM
KEITH HOTTLE
CLERK

# NO. 04-14-00494-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/26/2015 1:47:59 PM
KEITH E. HOTTLE
Clerk

**United Parcel Service, Inc. and Roland Leal,**

Appellants/Cross-Appellees,

**v.**

**Robert Scott Rankin, Individually, Rachelle Rankin, Individually and As Next Friend for Avery Rankin, a Minor, As Next Friend for Kara Rankin, a Minor and As Next Friend for Samuel Rankin, a Minor**

Appellees/Cross-Appellants.

On Appeal from the 224th Judicial District Court, Bexar County, Texas
Honorable Cathy Stryker, Presiding Judge
Trial Court Cause No. 2011-CI-07922

## MOTION FOR LEAVE TO FILE CROSS-APPELLEES' REPLY TO NEW ARGUMENT IN CROSS-APPELLANTS' REPLY BRIEF THAT RULE 167.4(a) IS INVALID

On February 19, 2014, Cross-Appellants filed their Reply Brief, which presents an argument at pages 6-7 that was not presented in their Cross-Appellants' Brief, namely, that Rule 167.4(a) of the Texas Rules of Civil Procedure is invalid and unenforceable because it allegedly conflicts with Chapter 42 of the Civil Practices and Remedies Code, even though the Texas Supreme Court issued Rule 167 to implement Chapter 42. Cross-Appellees, United Parcel Service, Inc. and Roland Leal, have not had an opportunity to respond to this argument that Rule 167.4(a) is invalid. Allowing them to file a Reply addressing this argument would assist the Court in deciding it by providing important authority and argument.

Cross-Appellees therefore request that this Court grant leave to file "Cross-Appellees' Reply to New Argument in Cross-Appellants' Reply Brief that Rule 167.4(a) Is Invalid" that has been electronically filed along with this motion.

Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ H. Victor Thomas
     H. Victor Thomas
     Texas Bar No. 19851500
     1100 Louisiana, Suite 4000
     Houston, Texas 77002
     Telephone: (713) 751-3200
     Facsimile: (713) 751-3290

     W. Randall Bassett
     Georgia Bar No. 41525
     King & Spalding LLP
     1180 Peachtree Street, N.E.
     Atlanta, Georgia 30309
     Telephone:  (404) 572-4600
     Facsimile:  (404) 572-5100

## CERTIFICATE OF CONFERENCE

As required by TEX. R. APP. P. 10.1, I conferred with counsel for Appellees and Cross-Appellants Robert Scott Rankin, et. al. and they communicated that they are opposed to this motion.

Certified on March 26, 2015.

/s/ H. Victor Thomas
H. Victor Thomas

## CERTIFICATE OF SERVICE

I certify that on March 26, 2015, I used the Court's electronic case filing system to file this Motion and to serve it on counsel for appellees as follows:

Doug Perrin
Mark Perrin
The Perrin Law Firm
325 N. Saint Paul St., Suite 600
Dallas, TX 75201-3828

Peter D. Marketos
Reese Gordon Marketos LLP
750 N. Saint Paul St., Suite 610
Dallas, Texas 75201

/s/ H. Victor Thomas
H. Victor Thomas